## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03882 |
|---|---|---|---|

| In re: Free Speech Systems, LLC, Debtor |
|---|
| *versus* |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine, Appellants |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kyle J. Kimpler<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3253; kkimpler@paulweiss.com<br>NY 4721916 |
|---|---|

| Name of party applicant seeks to appear for: | Connecticut Families* |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __   No ___ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/11/2024 | Signed: | /s/ Kyle J. Kimpler |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____       _____

United States District Judge

* Connecticut Families are Erica Ash, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker.