UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03882 |
|---|---|---|---|

In re: Free Speech Systems, LLC, Debtor

*versus*

Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine, Appellants

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Paul Paterson<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3581<br>NY 4793907 |
|---|---|

| Name of party applicant seeks to appear for: | Connecticut Families* |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/11/2024 | Signed: | /s/ Paul Paterson |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
United States District Judge

* Connecticut Families are Erica Ash, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker.