## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | CIVIL ACTION NO. |
| Free Speech Systems | § | 4:24-cv-03882 |
| LLC, | § | |
| Debtor, | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| Neil Heslin, et al, | § | |
| Appellant. | § | |

## ORDER

Pending before the Court is the Motion to Intervene of Erica Ash, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (the "Connecticut Families"). (Dkt. ____ )

Pursuant to Bankruptcy Rule 8013(g) and 11 U.S.C. § 1109(b), the Court GRANTS the Connecticut Families' Motion to Intervene. The Connecticut Families are permitted to intervene as Appellees in this matter.

SO ORDERED.

Signed on _____, at Houston, Texas.


_____
Hon. Charles Eskridge
United States District Judge